IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CHANCE ADAMS,                                    )
                                                 )
              Plaintiff,                         )
                                                 )
v.                                               )
                                                 )
MERRICK GARLAND, *In his official*               )
*capacity as Attorney General of the*            )
*United States*,                                 )
                                                 )
              Defendant.                         )    Civil Action No. 1:23-CV-098-C

## JUDGMENT

In accordance with the Court's Order of even date granting Defendant's Motion for

Summary Judgment,

**IT IS ORDERED, ADJUDGED, AND DECREED** that summary judgment is granted

against all of Plaintiff's claims in the above-styled and -numbered civil action and each claim is

**DISMISSED WITH PREJUDICE**.

Dated this 24th day of June, 2024.


_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE